# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| In Re: | Case No. 14-27147 |
| Ruben Craddock, Jr. | Chapter 13 |
| Debtor. | Hon. Judge Jacqueline P. Cox |

## NOTICE OF FAILURE TO COMPLY

**VIA ELECTRONIC NOTICE:**

    Ernesto D. Borges
    Borges and Wu, LLC
    105 W Madison Street, 23rd Floor
    Chicago, IL 60602

    Tom Vaughn
    55 E. Monroe Street, Suite 3850
    Chicago, IL 60603

**VIA U.S. MAIL:**

    Ruben Craddock, Jr.
    305 N. Lind
    Hillside, IL 60162

PLEASE TAKE NOTICE that the Debtor has failed to comply with the provisions set forth in the Order of this Honorable Court dated June 8, 2015, and hereto attached. In accordance with said Order, US Bank Trust, N.A., as Trustee of Igloo Series III Trust mailed notification of non-compliance to all required parties on August 31, 2020. The Debtor did not cure the default within the time specified in said Notice.

THEREFORE, the automatic stay has been modified and Bankruptcy Rule 4001(a)(3) waived, as to US Bank Trust, N.A., as Trustee of Igloo Series III Trust, its successors

and/or assigns, as to a certain mortgage upon real estate, with a common address of 305 N. Lind Avenue, Hillside, IL 60162.

Dated: September 18, 2020                  Respectfully Submitted,

                                                    Molly Slutsky Simons
                                                    Molly Slutsky Simons (OH 0083702)
                                                    Sottile & Barile, Attorneys at Law
                                                    394 Wards Corner Road, Suite 180
                                                    Loveland, OH 45140
                                                    Phone: 513.444.4100
                                                    Email: bankruptcy@sottileandbarile.com
                                                    Attorney for Movant

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that I have served a copy of this Notice along with the attached Notice upon the above-named parties by electronic filing or, as noted above, by placing same in a properly addressed and sealed envelope, postage prepaid, and depositing it in the United States Mail at 394 Wards Corner Rd., Suite 180, Loveland, OH 45140 on September 18, 2020, before the hour of 5:00 p.m.

                                                      Molly Slutsky Simons
                                                    Molly Slutsky Simons (OH 0083702)
                                                    Attorney for Movant